**Order filed March 26, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00076-CV
_____

## IN THE MATTER OF THE MARRIAGE OF DIANE MARIE APFFEL AND RALPH ALBERT APFFEL, JR.

**On Appeal from the County Court No. 3
Galveston County, Texas
Trial Court Cause No. 540841103**

# O R D E R

This is an appeal from a final decree of divorce signed December 22, 2014. The clerk's record has now been filed and the appellate filing fee has been paid. No reporter's record has been filed in this case, however. The official court reporter for the County Court No. 3 informed this court that appellant had not made arrangements for payment for the reporter's record. On February 10, 2015, the clerk of this court notified appellant that we would consider and decide the appeal without a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response to this court's notice.

Accordingly, we order appellant, Ralph Albert Apffel, Jr., to file a brief in this appeal on or before **April 24, 2015**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM